**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHAD STEVEN COCO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-339** |
| **LAFOURCHE PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "O" (4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Chad Steven Coco's §1983 claims against defendants Lafourche Parish Sheriff's Office and Unidentified Parties be **DISMISSED WITH PREJUDICE** as frivolous and as otherwise failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 26th day of August, 2026.

**BRANDON S. LONG**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.